UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



___

DONTAVIA MCMORRIS,

        Petitioner,

v.

                                  25-CV-651 (JLS) (LGF)

SHERIFF JOHN GARCIA,

        Respondent.

___

## DECISION AND ORDER

On July 21, 2025, Petitioner Dontavia McMorris commenced this action pursuant to 28 U.S.C. § 2254 seeking a Writ of Habeas Corpus by a Person in State Custody. Dkt. 1. The case has been referred to United States Magistrate Judge Leslie G. Foschio for all proceedings under 28 U.S.C. §§ 636(b)(1)(B) and (C). Dkt. 2.

On September 23, 2025, Judge Foschio issued a Report and Recommendation ("R&R") recommending that this Court dismiss the petition without prejudice to filing an amended petition within 30 days of the date of any order adopting the R&R. *See* Dkt. 3 at 6. Neither party filed objections, and the time to do so has expired.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ.

P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record. Based on that review, the Court accepts and adopts Judge Foschio's recommendation. Thus, for the reasons stated above and in the R&R, the petition is DISMISSED without prejudice to filing an amended petition by **November 19, 2025.**

As detailed in the R&R, any amended petition will *replace completely* the original petition, and Petitioner shall:

> answer every question and complete every blank field of the form petition, including: (1) the date(s) of her allegedly unlawful conviction and sentence, if she has, in fact, been convicted and sentenced; (2) specifying the dates upon which she filed any state court proceedings in which she challenged her state court conviction and resulting custody and clearly set forth the grounds raised in each application and the date(s) upon which the court(s) decided each application; and (3) specifying all the grounds upon which her federal petition is based, including how Petitioner has attempted to exhaust her claims, and the facts supporting each ground in the amended petition.

Dkt. 3 at 5.

The case is referred back to Judge Foschio in accordance with the July 22, 2025 referral order. *See* Dkt. 2.

SO ORDERED.

Dated:   October 20, 2025
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE