UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DONTAVIA MCMORRIS,

        Petitioner,

v.                                          25-CV-651 (JLS) (LGF)

SHERIFF JOHN GARCIA,

        Respondent.
_____

## DECISION AND ORDER

On July 21, 2025, Petitioner Dontavia McMorris commenced this action pursuant to 28 U.S.C. § 2254 seeking a Writ of Habeas Corpus by a Person in State Custody. Dkt. 1. The case has been referred to United States Magistrate Judge Leslie G. Foschio for all proceedings under 28 U.S.C. §§ 636(b)(1)(B) and (C). Dkt. 2.

On October 20, 2025, this Court issued a Decision and Order dismissing the Petition without prejudice to filing an amended petition by November 19, 2025. Dkt. 4. No amended petition was filed. On December 23, 2025, Judge Foschio issued a Report and Recommendation ("R&R") recommending that, because there is "no timely filed petition before the court, the action should be DISMISSED with prejudice and the file should be closed." See Dkt. 5 at 2. Neither party filed objections, and the time to do so has expired.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court

must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record. Based on that review, and in the absence of any objections, the Court accepts and adopts Judge Foschio's recommendation.

Thus, for the reasons stated above and in the R&R, the Petition is DISMISSED. The Clerk of Court shall close this case.

SO ORDERED.

Dated:   January 14, 2026
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE